UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
RATES TECHNOLOGY INC.,

                          Plaintiff(s),

                                                                 ORDER

                        -against-                                        CV 05-4703 (ADS) (ETB)

GOOGLE INC.,

                          Defendant(s).
----------------------------------------------------------------------------X

      Under Local Civil Rule 1.3(c), a court certificate, issued by the court within thirty (30) days, is required. A certificate issued by the state bar association is not sufficient. Moreover, the certificate is dated August 11, 2005.

      For these reasons, the pro hac vice application on behalf of James B. Hicks does not comply and is denied, without prejudice to renewal.

SO ORDERED:

Dated: Central Islip, New York
       October 27, 2005

                                                    /s/ E. Thomas Boyle
                                                    E. THOMAS BOYLE
                                                    United States Magistrate Judge