UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RATES TECHNOLOGY INC.,

                             Plaintiff,                   <u>CONSENT TO CHANGE ATTORNEY</u>

   - against -

                                                  CASE NO. 05 CV 4703 (ADS)(ETB)

GOOGLE INC.,

                             Defendant.
-------------------------------------------------------X

IT IS HEREBY CONSENTED THAT the law firm of Burke, Williams, & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, CA 90071 be substituted as attorneys of record for plaintiff Rates Technology Inc., in the above-entitled action in place and stead of Ervin, Cohen & Jessup LLP as of the date hereof.

Dated: Melville, New York
         November  , 2005

                                                       ERVIN, COHEN & JESSUP LLP
                                                       Outgoing attorney for Plaintiff

                                                       BURKE, WILLIAMS & SORENSEN, LLP
                                                       Incoming attorney for Plaintiff

                                                       RATES TECHNOLOGY INC.

                                             By: _____
                                                         GERALD WEINBERGER, President

SO ORDERED:

_____
                 USDJ