UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RATES TECHNOLOGY INC.,

                     Plaintiff,

- against -

GOOGLE INC.,

                     Defendant.
----------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

CASE NO. 05 CV 4703 (ADS)(ETB)

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★    DEC 0 6 2005    ★

LONG ISLAND OFFICE

IT IS HEREBY CONSENTED THAT the law firm of Burke, Williams, & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, CA 90071 be substituted as attorneys of record for plaintiff Rates Technology Inc., in the above-entitled action in place and stead of Ervin, Cohen & Jessup LLP as of the date hereof.

Dated: Melville, New York
       November  , 2005

_____
ERVIN, COHEN & JESSUP LLP
Outgoing attorney for Plaintiff

_____
BURKE, WILLIAMS & SORENSEN, LLP
Incoming attorney for Plaintiff

RATES TECHNOLOGY INC.

By: _____
    GERALD WEINBERGER, President

SO ORDERED:

_____
USDJ

12/6/05