# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Jon T. Hohenthaner
To Call Writer Directly:
212 446-4832
jhohenthaner@kirkland.com

212 446-4800

www.kirkland.com

Facsimile:
212 446-4900
Dir. Fax: 212 446-4900

January 10, 2006

**FILED ELECTRONICALLY**

The Honorable E. Thomas Boyle
Magistrate Judge
United States District Court
　for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

　　　　　　　　Re:　　*Rates Technology Inc. v. Google Inc.*, Case No. CV-05-4703

Dear Magistrate Boyle:

　　We represent Google Inc. in the above-identified action filed by Rates Technology Inc. on October 5, 2005. I write concerning the Court's October 19, 2005 Order, which requires that the parties complete the Rule 26(f) conference by January 13, 2006, provide initial disclosures and file the proposed discovery plan by January 27, 2006, and also scheduled the initial scheduling conference for February 3, 2006.

　　Despite filing this action over three months ago, Rates Technology has still not served Google with a copy of its summons and complaint. As a result, Google has not yet served an answer or formally appeared in this action. Accordingly, Google respectfully requests that the Court postpone the initial scheduling conference and other dates set by the October 19, 2005 Order, until after Rates Technology serves its complaint and Google files its answer. The requested postponement will save both the parties and the Court the time and expense of beginning costly discovery until such time that Rates Technology decides to proceed with its action.

　　Counsel for Google are available at the Court's convenience should the Court require any additional information.

Very truly yours,

*/s/ Jon T. Hohenthaner*

Jon T. Hohenthaner (JH4073)
Attorney for Defendant Google, Inc.

cc:　　David Lazer, Counsel for Plaintiff (via e-mail)

Chicago　　　　London　　　　Los Angeles　　　　Munich　　　　San Francisco　　　　Washington, D.C.