UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RATES TECHNOLOGY INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. CV 05-4703 JS (JB) |

### DEFENDANT GOOGLE INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google Inc. certifies that there is no parent corporation and no publicly held corporation that owns 10% or more of the stock of Google Inc.

Dated: February 7, 2006

Google Inc.

By: _____
John M. Desmarais (JD6460)
Jon T. Hohenthaner (JH4073)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Google Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of February, 2006, a true and correct copy of the foregoing DEFENDANT GOOGLE INC.'S RULE 7.1 DISCLOSURE STATEMENT was served on the following counsel for Rates Technology Inc. via first class mail and e-mail:

        James B. Hicks, Esq.
        Burke, Williams & Sorensen, LLP
        444 South Flower Street, Suite 2400
        Los Angeles, CA 90071-2953
        Phone: (213) 236-2744
        Fax: (213) 236-2700
        E-mail: jhicks@bwslaw.com


        David Lazer
        Lazer, Aptheker, Rosella & Yedid, P.C.
        Melville Law Center
        225 Old Country Road
        Melville, NY 11747
        Phone: (631) 761-0800
        Fax: (631) 761-0015
        E-mail: lazer@larypc.com

By: _____