UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 05-4703 JS (JB) |

**CORRECTED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to a settlement agreement by and between the parties hereto, by their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and with the approval of the Court that the above-captioned action is hereby dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the settlement agreement.

**SO ORDERED:**

Dated: Central Islip, New York

_____, 2006

_____
ARTHUR D. SPATT
United States District Judge

**STIPULATED TO:**

Dated: April 3, 2006      By: _____
                              James B. Hicks
                              Burke, Williams & Sorensen, LLP
                              444 South Flower Street, Suite 2400
                              Los Angeles, CA 90071-2953
                              Telephone: (213) 236-2744
                              Facsimile: (213) 236-2700

                              David Lazer
                              Lazer, Aptheker, Rosella & Yedid, P.C.
                              Melville Law Center
                              225 Old Country Road
                              Melville, NY 11747
                              Telephone: (631) 761-0800
                              Facsimile: (631) 761-0015

                              *Attorneys for Rates Technology Inc.*

Dated: April 3, 2006      By: _____
                              John M. Desmarais (JD6460)
                              Jon T. Hohenthaner (JH4073)
                              KIRKLAND & ELLIS LLP
                              153 East 53rd Street
                              New York, New York 10022
                              Telephone: (212) 446-4800
                              Facsimile: (212) 446-4900

                              *Attorneys for Google Inc.*