# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RATES TECHNOLOGY INC., | Case No. CV 05-4703 JS (JB) |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

## JOINT MOTION TO CORRECT THE STIPULATION AND ORDER OF DISMISSAL

On March 31, 2006, the parties filed a stipulation and order of dismissal. The body of that document correctly provides that the case should be dismissed *with* prejudice in light of the parties' settlement agreement, but is incorrectly entitled "Stipulation And Order Of Dismissal Without Prejudice." Accordingly, to correct the typographical error, the parties respectfully request that the Court enter the Corrected Stipulation and Order of Dismissal With Prejudice, attached hereto as Exhibit A.

Dated: _____April 3_____, 2006

By: _____
James B. Hicks
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-2744
Facsimile: (213) 236-2700

David Lazer
Lazer, Aptheker, Rosella & Yedid, P.C.
Melville Law Center
225 Old Country Road
Melville, NY 11747
Telephone: (631) 761-0800
Facsimile: (631) 761-0015

*Attorneys for Rates Technology Inc.*

Dated: _____April 3_____, 2006

By: _____

John M. Desmarais (JD6460)
Jon T. Hohenthaner (JH4073)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Google Inc.*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RATES TECHNOLOGY INC., | Case No. CV 05-4703 JS (JB) |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

## CORRECTED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to a settlement agreement by and between the parties hereto, by their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and with the approval of the Court that the above-captioned action is hereby dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the settlement agreement.

**SO ORDERED:**

Dated: Central Islip, New York

_____, 2006

_____
ARTHUR D. SPATT
United States District Judge

**STIPULATED TO:**

Dated: _____April 3_____, 2006

By: _____

James B. Hicks
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: (213) 236-2744
Facsimile: (213) 236-2700

David Lazer
Lazer, Aptheker, Rosella & Yedid, P.C.
Melville Law Center
225 Old Country Road
Melville, NY 11747
Telephone: (631) 761-0800
Facsimile:  (631) 761-0015

*Attorneys for Rates Technology Inc.*

Dated: _____April 3_____, 2006

By: _____

John M. Desmarais (JD6460)
Jon T. Hohenthaner (JH4073)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Google Inc.*

2